ACCEPTED
03-14-00339-CV
4534950
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 3:58:29 PM
JEFFREY D. KYLE
CLERK

# City of Austin
# Law Department

City Hall, 301 West 2nd Street, P.O. Box 1088
Austin, Texas 78767-1088

Writer's Direct Line
(512) 974-2310

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
Writer's Fax Line 3/17/2015 3:58:29 PM
(512) 974-1311 JEFFREY D. KYLE
Clerk

March 17, 2015

**Via e-Service to:**
Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
209 W. 14th Street , Room 101
Austin, Texas 78701

Re:     Vacation letter
        Cause No. 03-14-00339-CV; *Walter Olenick v. The City of Austin, Texas and The State of Texas;*

Dear Mr. Kyle:

Please be advised that I will be on vacation Friday, April 24, 2015 and May 9 - 25, 2015. I will not have email or telephone access during my vacation. Please avoid scheduling matters during this time.

Thank you for your consideration. Please feel free to contact me at 974-2310 if you have any questions.

Sincerely,

Meitra Farhadi
Assistant City Attorney

cc:     **Via first class U.S. mail to :**
        Walter Olenick
        1205 E. 52nd Street
        Austin, TX 78723